IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



JEREMY GERALD, *et al.*,

    Plaintiffs,

v.                                                                   Civil Action No. **3:15CV283**

JOSEPH A. HIGGS, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on June 4, 2015, the Court conditionally docketed the action. At that time, the Court warned each Plaintiff that he must keep the Court informed as to his current address. On September 3, 2015, the United States Postal Service returned a Memorandum Opinion and Order entered on August 21, 2015 to the Court marked, "NOT HERE," and "RETURN TO SENDER" because Plaintiff Jeremy Gerald apparently had relocated. Since that date, Jeremy Gerald has not contacted the Court to provide a current address. Jeremey Gerald's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, all claims by Jeremy Gerald will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 9-17-15
Richmond, Virginia

                                                                   /s/
                                                   James R. Spencer
                                                 Senior U. S. District Judge