Case 3:15-cv-00283-JRS-RCY  Document 23  Filed 01/15/16  Page 1 of 2 PageID# 200

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



JEREMY GERALD, *et al.*,

    Plaintiffs,

v.                                            Civil Action No. **3:15CV283**

JOSEPH A. HIGGS, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on June 4, 2015, the Court conditionally docketed the action. At that time, the Court directed each Plaintiff to affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned each Plaintiff that a failure to comply with the above directive within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Neither Fitzroy Pink nor Charles Bumbrey complied with the Court's order to return a consent to collection of fees form. Accordingly, by Memorandum Opinion and Orders entered on August 21, 2015, the Court dismissed Pink and Bumbrey as parties to the action.

By Memorandum Opinion and Order entered on September 17, 2015, the Court dismissed Jeremey Gerald as a party to the action because he failed to keep the Court informed of his current address.

On October 9, 2015, the September 17, 2015 Memorandum Opinion and Order sent to Rashid Jalal was returned to the Court because Jalal refused to accept it. (*See* Oct. 14, 2015 Docket Entry). Accordingly, by Memorandum Order entered on November 25, 2015 the Court directed Jalal to send the Court a statement indicating his desire to continue to prosecute the action within eleven (11) days of the date of entry thereof. The Court warned Jalal that the

failure to comply with the above directive would result in the dismissal of the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than eleven (11) days have elapsed since the entry of the November 25, 2015 Memorandum Order and Jalal has not responded. Accordingly, all claims by Jalal will be DISMISSED WITHOUT PREJUDICE. The action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 1-15-16
Richmond, Virginia

/s/
James R. Spencer
Senior U. S. District Judge